**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
*Electronically Filed*

| | |
|---|---|
| DEREK MORTLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:23-CV-99-GNS |
| | ) |
| KIYAN HOSPITALITY, LLC, | ) |
| | ) |
| Defendant. | ) |

**AGREED ORDER OF DISMISSAL**

Defendant Kiyan Hospitality, LLC ("Kiyan"). by counsel, having agreed to a settlement of all claims which were or might have been alleged in this action by Plaintiff Derek Mortland, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that this matter is **DISMISSED** in its entirety **WITH PREJUDICE**. Each party shall bear their own fees and costs. This is a final and appealable Order, there being no just reason for delay.

Greg N. Stivers, Chief Judge
United States District Court

November 26, 2024

**HAVE SEEN AND AGREED TO:**

*/s/ Colin Meeker (w/ permission)*
COLIN MEEKER
2991 Millboro Road, Suite 101
Silver Lake, Ohio 44224
TheMeekerGroup@outlook.com
*Counsel for Plaintiff*

and

*/s/ Rudy J. Ellis III*
Rudy J. Ellis III
Dinsmore & Shohl, LLP
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
E-mail: rudy.ellis@dinsmore.com
Telephone: (502) 540-2577
Facsimile: (502) 585-220
*Counsel for Defendant*

Michael B. Mattingly (KBA # 98221)
Dinsmore & Shohl LLP
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
E-mail: michael.mattingly@dinsmore.com
Telephone: (513) 977-8397
Facsimile: (513) 977-8141